IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ESTELLA M. CARADINE**                                                                 **PLAINTIFF**

v.                                    Case No. 4:13-cv-00019-KGB

**FRED'S STORES OF TENNESSEE, INC.**                                       **DEFENDANTS**

## ORDER OF TRANSFER

This Court has reviewed the complaint filed in this matter (Dkt. No. 2). The Court also reviewed the complaint and documents filed in another matter assigned to U.S. District Judge Brian S. Miller, Case Number 4:10-cv-1549-BSM, which plaintiff Estella M. Caradine references in her complaint. On appeal, the Eighth Circuit Court of Appeals remanded Case Number 4:10-cv-1549-BSM to Judge Miller for further proceedings consistent with its opinion. *Caradine v. Fred's Stores of Tennessee, Inc.,* 12-1364, 2013 WL 104543 (8th Cir. Jan. 9, 2013)(Per Curiam). That case remains open and pending, and that is the lower case number. Based on this Court's review of the two matters, the Court determines that under Local Rule 40.1 and General Order No. 39, this action should be transferred to Judge Miller and consolidated with the matter pending before him, Case Number 4:10-cv-1549-BSM.

IT IS THEREFORE ORDERED that this case previously assigned to the docket of U.S. District Judge Kristine G. Baker is now reassigned to the docket of U.S. District Judge Brian S. Miller by chip exchange.

SO ORDERED this the 22nd day of January, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE